UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANWICH MORTGAGE ACQUISITION COMPANY VIII, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUITY PRIME MORTGAGE, LLC,<br><br>                    Defendant. | 24 Civ. 771 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On April 2, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **April 9,** at **11:30 a.m. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: April 3, 2024
       New York, New York

_____
DALE E. HO
United States District Judge