

Jill L. Forster
Jill.Forster@pallasllp.com
Tel: 212-970-2306

October 21, 2025

**VIA ECF**

The Honorable Judge Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007

Re: **_Stanwich Mortgage Acquisition Company VIII, LLC v. Equity Prime Mortgage, LLC, No. 24-cv-771 (DEH)_**

Dear Judge Ho:

This firm represents plaintiff Stanwich Mortgage Acquisition Company VIII, LLC ("Plaintiff") in the above matter. Together with defendant Equity Prime Mortgage, LLC ("Defendant") and third-party defendants The Money Source, Inc. and ServBank, Sb (the "Third-Party Defendants"), we jointly submit this letter pursuant to the Court's Order, dated October 16, 2025 (ECF No. 63) to propose a schedule for briefing on Plaintiff's and Third-Party Defendants' motions for summary judgment. After conferring, the parties propose the following:

Deadline to file motions for summary judgment: December 4, 2025

Deadline to file oppositions to the motions for summary judgment: January 16, 2026

Deadline to file replies in further support of motions for summary judgment: February 6, 2026

We thank the Court for its attention to this matter.

Respectfully submitted,

*Jill L. Forster*

Jill L. Forster

**The Court is in receipt of the endorsed correspondence. The Court ADOPTS the proposed schedule for briefing on Plaintiff's and Third-Party Defendants' motions for summary judgment. Memoranda in support and opposition briefs shall be limited to twenty pages (20) each. Replies are limited to ten pages each (10).**

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 22, 2025
New York, New York