UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANWICH MORTGAGE ACQUISITION COMPANY VIII, LLC,<br><br>    Plaintiff,<br><br>-against-<br><br>EQUITY PRIME MORTGAGE, LLC,<br><br>    Defendant. | Case No. 1:24-cv-0771 (DEH)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE**, that on a date and time to be designated by the Court, before the Honorable Judge Dale E. Ho, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York 10007, Plaintiff Stanwich Mortgage Acquisition Company VIII, LLC, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, Plaintiff's Statement Pursuant to Local Civil Rule 56.1, the Declaration of Jill L. Forster and exhibits thereto, the Declaration of Terrence Morley and exhibits thereto, and upon all prior pleadings in this action, hereby moves this Court for an order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment in favor of Plaintiff.

Dated: December 4, 2025
       New York, New York

                                        PALLAS PARTNERS (US) LLP

                                        By: /s/ *Jill L. Forster*
                                        Michael A. Hanin
                                        Jill L. Forster
                                        75 Rockefeller Plaza
                                        New York, NY 10019
                                        Telephone: (212) 970-2300
                                        michael.hanin@pallasllp.com
                                        jill.forster@pallasllp.com

                                        *Attorneys for Plaintiff*