# Exhibit F

Outlook

### RE: Encrypt 2022-01 Equity Prime Mortgage (2019-8 Upsize) (02.01.22)

| | |
|---|---|
| From | Kristina Svette <kristina.svette@servbank.com> |
| Date | Tue 3/22/2022 9:26 AM |
| To | Shannon Smith <Shannon.Smith@carringtonms.com>; Mike Kraye <mike.kraye@servbank.com>; Chris Poston <Chris.Poston@carringtonms.com> |

📎 1 attachment (6 MB)
DAY 1.zip;


Hello,
Please see attached Day 1 final reports.

Thank you,



**KRISTINA SVETTE** (she/her)
Transfer Coordinator | Servicing
kristina.svette@themoneysource.com
themoneysource.com

T 866.867.0330

NMLS #6289

**CONFIDENTIALITY NOTE:** This communication and any attachments hereto contain information that may be privileged, confidential, and/or exempt from disclosure under applicable law. The information contained herein is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or the employee or agent entrusted with the responsibility of delivering the message to the intended recipient, please note that any disclosure, copying, or distribution of this transmission is strictly prohibited. If you have received this communication in error please delete or destroy all copies of it and notify the sender immediately. In addition, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we have not verified that such is indeed the case and disclaim any responsibility attributable thereto.

**From:** Kristina Svette
**Sent:** Tuesday, March 1, 2022 8:54 AM
**To:** Shannon Smith <Shannon.Smith@carringtonms.com>; Mike Kraye <Mike.Kraye@TheMoneySource.com>;

TMS0023

Chris Poston <Chris.Poston@carringtonms.com>
**Subject:** RE: Encrypt 2022-01 Equity Prime Mortgage (2019-8 Upsize) (02.01.22)

Hello,
Please see attached preliminary reports.

Thank you,



**KRISTINA SVETTE** (she/her)
Transfer Coordinator | Servicing
kristina.svette@themoneysource.com
themoneysource.com

T 866.867.0330

NMLS #6289

**CONFIDENTIALITY NOTE:** This communication and any attachments hereto contain information that may be privileged, confidential, and/or exempt from disclosure under applicable law. The information contained herein is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or the employee or agent entrusted with the responsibility of delivering the message to the intended recipient, please note that any disclosure, copying, or distribution of this transmission is strictly prohibited. If you have received this communication in error please delete or destroy all copies of it and notify the sender immediately. In addition, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we have not verified that such is indeed the case and disclaim any responsibility attributable thereto.

**From:** Shannon Smith <Shannon.Smith@carringtonms.com>
**Sent:** Monday, February 28, 2022 5:49 PM
**To:** Mike Kraye <Mike.Kraye@TheMoneySource.com>; Chris Poston <Chris.Poston@carringtonms.com>
**Cc:** Kristina Svette <Kristina.Svette@TheMoneySource.com>
**Subject:** RE: Encrypt 2022-01 Equity Prime Mortgage (2019-8 Upsize) (02.01.22)

> **CAUTION!! - External Content - Please use caution.**

Thanks once again Mike !

Have a great evening

Shannon G Smith  - Loan Administration Specialist
Carrington Mortgage Services, LLC
2100 E. 196th St. Westfield, IN 46074

(P) 317-763-3142 |    shannon.smith@carringtonms.com



**From:** Mike Kraye <Mike.Kraye@TheMoneySource.com>
**Sent:** Monday, February 28, 2022 5:45 PM
**To:** Shannon Smith <Shannon.Smith@carringtonms.com>; Chris Poston <Chris.Poston@carringtonms.com>
**Cc:** Kristina Svette <Kristina.Svette@TheMoneySource.com>
**Subject:** RE: Encrypt 2022-01 Equity Prime Mortgage (2019-8 Upsize) (02.01.22)

**Attention: This message was sent by an external sender. Please be mindful before clicking a link or opening attachments**

You've received an encrypted message from **Mike.Kraye@TheMoneySource.com**
**To view your message**
Save and open the attachment (message.html), and follow the instructions.
Sign in using the following email address: **Shannon.Smith@carringtonms.com**

This email message and its attachments are for the sole use of the intended recipient or recipients and may contain confidential information. If you have received this email in error, please notify the sender and delete this message.

🔒 Message encryption by Microsoft Office 365

Confidentiality Notice: This message, including any attachment(s), may contain confidential information protected by law. The information contained herein is for the sole use of the intended recipient(s). If you have received this message in error, please contact the sender at the e-mail address listed above and destroy all copies of the original message, including any attachments. Thank you.

TMS0025