# Exhibit G

# *Advice of Payment*

DEAR SIR OR MADAM:

| | | | |
|---|---|---|---|
| **SUBJECT: FHA CASE NUMBER** | ▨9118 | **ADVICE OF PAYMENT** | |
| **MORTGAGEE NAME:** | EQUITY PRIME MORTGAGE LLC | **SERVICER NAME:** | THE MONEY SOURCE INC |
| **MORTGAGEE LENDER ID:** | 27909 | **SERVICER LENDER ID:** | 24967 |
| **MORTGAGEE ADDRESS:** | 5 CONCOURSE PKWY STE 2250 ATLANTA GA 303287121 | **SERVICER ADDRESS:** | 3138 E ELWOOD ST PHOENIX AZ 850347210 |
| **MORTGAGEE REF NO:** | ▨0990 | | |
| **SECT OF ACT:** | 0703 | **CLAIM TYPE:** | 33-National Emergency Partial Claim |
| **SETTLEMENT DATE:** | 3/24/2022 | **SCHEDULE NUMBER:** | 0118E |
| **DATE CLAIM REC'D:** | 3/23/2022 | **DUE DATE LAST INSTALLMENT:** | 4/1/2020 |

| LINE NO | **DESCRIPTION** | DEDUCTION | EXPENSE | INTEREST | RATE |
|---|---|---|---|---|---|
| 107 | Adjustment to Loan Balance (if different from Item 17, Part A) | | 51641.20 | | |
| 113 | Foreclosure, Acquisition, Conveyance, and Other Costs | | | | |
| 129 | Additional Closing Costs | | | | |
| | TOTALS | | | | |

| | |
|---|---|
| **FHA SETTLEMENT AMOUNT:** | 51641.20 |
| **LESS OFFSET AMOUNT:** | 0.00 |
| **LESS RESERVE AMOUNT(COINS):** | 0.00 |
| **LESS PAPER PROCESSING FEE:** | 0.00 |
| | ———————— |
| **FHA DEBENTURE PAYMENT:** | 0.00 |
| **FHA EFT PAYMENT:** | 51641.20 |

ADJUSTMENTS HAVE BEEN MADE TO YOUR CLAIM FOR THE REASONS SHOWN BELOW:

**ITEM NO:**                                              **REASONS:**

NOTE: NATIONAL EMERGENCY DECLARATION PARTIAL CLAIM PAYMENT.

Questions concerning this letter should be emailed to Single Family Claims at FHA_SFClaims@hud.gov
Including your Case Number, Servicer ID, and the KEYWORDs Advice of Payment Letter in the SUBJECT line will help us provide a quicker response.

TMS0014

# *Advice of Payment*

DEAR SIR OR MADAM:

| | | | |
|---|---|---|---|
| **SUBJECT: FHA CASE NUMBER** | ███████6441 | **ADVICE OF PAYMENT** | |
| **MORTGAGEE NAME:** | EQUITY PRIME MORTGAGE LLC | **SERVICER NAME:** | THE MONEY SOURCE INC |
| **MORTGAGEE LENDER ID:** | 27909 | **SERVICER LENDER ID:** | 24967 |
| **MORTGAGEE ADDRESS:** | 5 CONCOURSE PKWY STE 2250 ATLANTA GA 303287121 | **SERVICER ADDRESS:** | 3138 E ELWOOD ST PHOENIX AZ 850347210 |
| **MORTGAGEE REF NO:** | ███████5783 | | |
| **SECT OF ACT:** | 0703 | **CLAIM TYPE:** | 33-National Emergency Partial Claim |
| **SETTLEMENT DATE:** | 3/10/2022 | **SCHEDULE NUMBER:** | 0108E |
| **DATE CLAIM REC'D:** | 3/9/2022 | **DUE DATE LAST INSTALLMENT:** | 6/1/2020 |

| LINE NO | **DESCRIPTION** | DEDUCTION | EXPENSE | INTEREST | RATE |
|---|---|---|---|---|---|
| 107 | Adjustment to Loan Balance (if different from Item 17, Part A) | | 51961.62 | | |
| 113 | Foreclosure, Acquisition, Conveyance, and Other Costs | | | | |
| 129 | Additional Closing Costs | | | | |
| | TOTALS | | | | |

| | |
|---|---|
| **FHA SETTLEMENT AMOUNT:** | 51961.62 |
| **LESS OFFSET AMOUNT:** | 0.00 |
| **LESS RESERVE AMOUNT(COINS):** | 0.00 |
| **LESS PAPER PROCESSING FEE:** | 0.00 |
| | ———————— |
| **FHA DEBENTURE PAYMENT:** | 0.00 |
| **FHA EFT PAYMENT:** | 51961.62 |

ADJUSTMENTS HAVE BEEN MADE TO YOUR CLAIM FOR THE REASONS SHOWN BELOW:

| ITEM NO: | REASONS: |
|---|---|

NOTE: NATIONAL EMERGENCY DECLARATION PARTIAL CLAIM PAYMENT.

Questions concerning this letter should be emailed to Single Family Claims at FHA_SFClaims@hud.gov
Including your Case Number, Servicer ID, and the KEYWORDs Advice of Payment Letter in the SUBJECT line will help us provide a quicker response.

TMS0015

# *Advice of Payment*

**DEAR SIR OR MADAM:**

| | | | |
|---|---|---|---|
| **SUBJECT: FHA CASE NUMBER** | ▓6638 | **ADVICE OF PAYMENT** | |
| **MORTGAGEE NAME:** | EQUITY PRIME MORTGAGE LLC | **SERVICER NAME:** | THE MONEY SOURCE INC |
| **MORTGAGEE LENDER ID:** | 27909 | **SERVICER LENDER ID:** | 24967 |
| **MORTGAGEE ADDRESS:** | 5 CONCOURSE PKWY STE 2250 ATLANTA GA 303287121 | **SERVICER ADDRESS:** | 3138 E ELWOOD ST PHOENIX AZ 850347210 |
| **MORTGAGEE REF NO:** | ▓2661 | | |
| **SECT OF ACT:** | 0703 | **CLAIM TYPE:** | 33-National Emergency Partial Claim |
| **SETTLEMENT DATE:** | 3/18/2022 | **SCHEDULE NUMBER:** | 0114E |
| **DATE CLAIM REC'D:** | 3/17/2022 | **DUE DATE LAST INSTALLMENT:** | 10/1/2020 |

| LINE NO | **DESCRIPTION** | DEDUCTION | EXPENSE | INTEREST | RATE |
|---|---|---|---|---|---|
| 107 | Adjustment to Loan Balance (if different from Item 17, Part A) | | 79416.64 | | |
| 113 | Foreclosure, Acquisition, Conveyance, and Other Costs | | | | |
| 129 | Additional Closing Costs | | | | |
| | TOTALS | | | | |

| | |
|---|---|
| **FHA SETTLEMENT AMOUNT:** | 79416.64 |
| **LESS OFFSET AMOUNT:** | 0.00 |
| **LESS RESERVE AMOUNT(COINS):** | 0.00 |
| **LESS PAPER PROCESSING FEE:** | 0.00 |
| | ------------------------- |
| **FHA DEBENTURE PAYMENT:** | 0.00 |
| **FHA EFT PAYMENT:** | 79416.64 |

**ADJUSTMENTS HAVE BEEN MADE TO YOUR CLAIM FOR THE REASONS SHOWN BELOW:**

| **ITEM NO:** | **REASONS:** |
|---|---|

NOTE: NATIONAL EMERGENCY DECLARATION PARTIAL CLAIM PAYMENT.

**Questions concerning this letter should be emailed to Single Family Claims at FHA_SFClaims@hud.gov**
**Including your Case Number, Servicer ID, and the KEYWORDs Advice of Payment Letter in the SUBJECT line will help us provide a quicker response.**

TMS0016

# *Advice of Payment*

**DEAR SIR OR MADAM:**

| | | | |
|---|---|---|---|
| **SUBJECT: FHA CASE NUMBER** | ▮0976 | **ADVICE OF PAYMENT** | |
| **MORTGAGEE NAME:** | EQUITY PRIME MORTGAGE LLC | **SERVICER NAME:** | THE MONEY SOURCE INC |
| **MORTGAGEE LENDER ID:** | 27909 | **SERVICER LENDER ID:** | 24967 |
| **MORTGAGEE ADDRESS:** | 5 CONCOURSE PKWY STE 2250 ATLANTA GA 303287121 | **SERVICER ADDRESS:** | 3138 E ELWOOD ST PHOENIX AZ 850347210 |
| **MORTGAGEE REF NO:** | ▮1389 | | |
| **SECT OF ACT:** | 0703 | **CLAIM TYPE:** | 33-National Emergency Partial Claim |
| **SETTLEMENT DATE:** | 3/18/2022 | **SCHEDULE NUMBER:** | 0114E |
| **DATE CLAIM REC'D:** | 3/17/2022 | **DUE DATE LAST INSTALLMENT:** | 2/1/2021 |

| LINE NO | **DESCRIPTION** | DEDUCTION | EXPENSE | INTEREST | RATE |
|---|---|---|---|---|---|
| 107 | Adjustment to Loan Balance (if different from Item 17, Part A) | | 56867.53 | | |
| 113 | Foreclosure, Acquisition, Conveyance, and Other Costs | | | | |
| 129 | Additional Closing Costs | | | | |
| | TOTALS | | | | |

| | |
|---|---|
| **FHA SETTLEMENT AMOUNT:** | 56867.53 |
| **LESS OFFSET AMOUNT:** | 0.00 |
| **LESS RESERVE AMOUNT(COINS):** | 0.00 |
| **LESS PAPER PROCESSING FEE:** | 0.00 |
| | ------------------------- |
| **FHA DEBENTURE PAYMENT:** | 0.00 |
| **FHA EFT PAYMENT:** | 56867.53 |

**ADJUSTMENTS HAVE BEEN MADE TO YOUR CLAIM FOR THE REASONS SHOWN BELOW:**

| **ITEM NO:** | **REASONS:** |
|---|---|

NOTE: NATIONAL EMERGENCY DECLARATION PARTIAL CLAIM PAYMENT.

**Questions concerning this letter should be emailed to Single Family Claims at FHA_SFClaims@hud.gov**

**Including your Case Number, Servicer ID, and the KEYWORDs Advice of Payment Letter in the SUBJECT line will help us provide a quicker response.**

TMS0017

# *Advice of Payment*

**DEAR SIR OR MADAM:**

| | | | |
|---|---|---|---|
| **SUBJECT: FHA CASE NUMBER** | 5641 | **ADVICE OF PAYMENT** | |
| **MORTGAGEE NAME:** | EQUITY PRIME MORTGAGE LLC | **SERVICER NAME:** | THE MONEY SOURCE INC |
| **MORTGAGEE LENDER ID:** | 27909 | **SERVICER LENDER ID:** | 24967 |
| **MORTGAGEE ADDRESS:** | 5 CONCOURSE PKWY STE 2250 ATLANTA GA 303287121 | **SERVICER ADDRESS:** | 3138 E ELWOOD ST PHOENIX AZ 850347210 |
| **MORTGAGEE REF NO:** | 9824 | | |
| **SECT OF ACT:** | 0703 | **CLAIM TYPE:** | 33-National Emergency Partial Claim |
| **SETTLEMENT DATE:** | 3/3/2022 | **SCHEDULE NUMBER:** | 0103E |
| **DATE CLAIM REC'D:** | 3/2/2022 | **DUE DATE LAST INSTALLMENT:** | 9/1/2021 |

| LINE NO | **DESCRIPTION** | DEDUCTION | EXPENSE | INTEREST | RATE |
|---|---|---|---|---|---|
| 107 | Adjustment to Loan Balance (if different from Item 17, Part A) | | 73070.84 | | |
| 113 | Foreclosure, Acquisition, Conveyance, and Other Costs | | | | |
| 129 | Additional Closing Costs | | | | |
| | TOTALS | | | | |

| | |
|---|---|
| **FHA SETTLEMENT AMOUNT:** | 73070.84 |
| **LESS OFFSET AMOUNT:** | 0.00 |
| **LESS RESERVE AMOUNT(COINS):** | 0.00 |
| **LESS PAPER PROCESSING FEE:** | 0.00 |
| | ------------------------- |
| **FHA DEBENTURE PAYMENT:** | 0.00 |
| **FHA EFT PAYMENT:** | 73070.84 |

**ADJUSTMENTS HAVE BEEN MADE TO YOUR CLAIM FOR THE REASONS SHOWN BELOW:**

| ITEM NO: | REASONS: |
|---|---|

NOTE: NATIONAL EMERGENCY DECLARATION PARTIAL CLAIM PAYMENT.

**Questions concerning this letter should be emailed to Single Family Claims at FHA_SFClaims@hud.gov**

**Including your Case Number, Servicer ID, and the KEYWORDs Advice of Payment Letter in the SUBJECT line will help us provide a quicker response.**

TMS0018

Page 1 of 1

# *Advice of Payment*

**DEAR SIR OR MADAM:**

| | | | |
|---|---|---|---|
| **SUBJECT: FHA CASE NUMBER** | 9882 | **ADVICE OF PAYMENT** | |
| **MORTGAGEE NAME:** | EQUITY PRIME MORTGAGE LLC | **SERVICER NAME:** | THE MONEY SOURCE INC |
| **MORTGAGEE LENDER ID:** | 27909 | **SERVICER LENDER ID:** | 24967 |
| **MORTGAGEE ADDRESS:** | 5 CONCOURSE PKWY STE 2250 ATLANTA GA 303287121 | **SERVICER ADDRESS:** | 3138 E ELWOOD ST PHOENIX AZ 850347210 |
| **MORTGAGEE REF NO:** | 2216 | | |
| **SECT OF ACT:** | 0703 | **CLAIM TYPE:** | 33-National Emergency Partial Claim |
| **SETTLEMENT DATE:** | 3/18/2022 | **SCHEDULE NUMBER:** | 0114E |
| **DATE CLAIM REC'D:** | 3/17/2022 | **DUE DATE LAST INSTALLMENT:** | 10/1/2021 |

| LINE NO | **DESCRIPTION** | DEDUCTION | EXPENSE | INTEREST | RATE |
|---|---|---|---|---|---|
| 107 | Adjustment to Loan Balance (if different from Item 17, Part A) | | 48666.49 | | |
| 113 | Foreclosure, Acquisition, Conveyance, and Other Costs | | | | |
| 129 | Additional Closing Costs | | | | |
| | TOTALS | | | | |

| | |
|---|---|
| **FHA SETTLEMENT AMOUNT:** | 48666.49 |
| **LESS OFFSET AMOUNT:** | 0.00 |
| **LESS RESERVE AMOUNT(COINS):** | 0.00 |
| **LESS PAPER PROCESSING FEE:** | 0.00 |
| | ------------------------- |
| **FHA DEBENTURE PAYMENT:** | 0.00 |
| **FHA EFT PAYMENT:** | 48666.49 |

**ADJUSTMENTS HAVE BEEN MADE TO YOUR CLAIM FOR THE REASONS SHOWN BELOW:**

| ITEM NO: | REASONS: |
|---|---|

NOTE: NATIONAL EMERGENCY DECLARATION PARTIAL CLAIM PAYMENT.

**Questions concerning this letter should be emailed to Single Family Claims at FHA_SFClaims@hud.gov**
**Including your Case Number, Servicer ID, and the KEYWORDs Advice of Payment Letter in the SUBJECT line will help us provide a quicker response.**

TMS0019

# *Advice of Payment*

**DEAR SIR OR MADAM:**

| | | | |
|---|---|---|---|
| **SUBJECT: FHA CASE NUMBER** | ▉4030 | **ADVICE OF PAYMENT** | |
| **MORTGAGEE NAME:** | EQUITY PRIME MORTGAGE LLC | **SERVICER NAME:** | THE MONEY SOURCE INC |
| **MORTGAGEE LENDER ID:** | 27909 | **SERVICER LENDER ID:** | 24967 |
| **MORTGAGEE ADDRESS:** | 5 CONCOURSE PKWY STE 2250 ATLANTA GA 303287121 | **SERVICER ADDRESS:** | 3138 E ELWOOD ST PHOENIX AZ 850347210 |
| **MORTGAGEE REF NO:** | ▉1324 | | |
| **SECT OF ACT:** | 0703 | **CLAIM TYPE:** | 33-National Emergency Partial Claim |
| **SETTLEMENT DATE:** | 3/18/2022 | **SCHEDULE NUMBER:** | 0114E |
| **DATE CLAIM REC'D:** | 3/17/2022 | **DUE DATE LAST INSTALLMENT:** | 9/1/2021 |

| LINE NO | **DESCRIPTION** | DEDUCTION | EXPENSE | INTEREST | RATE |
|---|---|---|---|---|---|
| 107 | Adjustment to Loan Balance (if different from Item 17, Part A) | | 48344.10 | | |
| 113 | Foreclosure, Acquisition, Conveyance, and Other Costs | | | | |
| 129 | Additional Closing Costs | | | | |
| | TOTALS | | | | |

| | |
|---|---|
| **FHA SETTLEMENT AMOUNT:** | 48344.10 |
| **LESS OFFSET AMOUNT:** | 0.00 |
| **LESS RESERVE AMOUNT(COINS):** | 0.00 |
| **LESS PAPER PROCESSING FEE:** | 0.00 |
| | ------------------------- |
| **FHA DEBENTURE PAYMENT:** | 0.00 |
| **FHA EFT PAYMENT:** | 48344.10 |

**ADJUSTMENTS HAVE BEEN MADE TO YOUR CLAIM FOR THE REASONS SHOWN BELOW:**

| ITEM NO: | REASONS: |
|---|---|

NOTE: NATIONAL EMERGENCY DECLARATION PARTIAL CLAIM PAYMENT.

**Questions concerning this letter should be emailed to Single Family Claims at FHA_SFClaims@hud.gov**
**Including your Case Number, Servicer ID, and the KEYWORDs Advice of Payment Letter in the SUBJECT line will help us provide a quicker response.**

TMS0020



Welcome

## Single Family Claim Status

**\*Duplicate Advice of Payment\***

07/21/2022

EQUITY PRIME MORTGAGE LLC  
FHA MORTGAGE DEPARTMENT  
5 CONCOURSE PKWY STE 2250  
ATLANTA    GA    303287121

THE MONEY SOURCE INC  
THE MONEY SOURCE  
3138 E ELWOOD ST  
PHOENIX    AZ    850347210

DEAR SIR OR MADAM:  
SUBJECT:   FHA CASE NUMBER.        2369        ADVICE OF PAYMENT

PROPERTY ADDRESS:

MORTGAGOR NAME:  
SERVICER NAME:              THE MONEY SOURCE INC  
PAYMENT TYPE:               FULL              MORTGAGEE REF. NO:           6400  
SECT OF ACT:                0703              CLAIM TYPE:                  PRE-FORECLOSURE  
SETTLEMENT DATE:            02/10/2022        SCHEDULE NUMBER:             0089E  
DATE CLAIM REC'D:           02/09/2022        DUE DATE LAST INSTALLMENT:   04/01/2020

| (LINE NO.) \*\*\*\*DESCRIPTION\*\*\*\* | DEDUCTION | EXPENSE | INTEREST | RATE |
|---|---|---|---|---|
| (017) UNPAID PRINCIPAL BALANCE |  | 257,795.00 |  |  |
| (107) ADJUSTED LOAN BALANCE | 0.00 | 0.00 |  |  |
| (108) SALE/BID/APPRAISAL VALUE | 253,634.53 |  |  |  |
| (109) ESCROW BALANCE | 108.19 |  |  |  |
| (110) TOTAL DISBURSEMENTS P&P |  | 40.00 | 0.36 | .00670 |
| (111) TOTAL DISBURSEMENTS |  | 8,053.08 | 36.40 | .00670 |
| (112) ATTORNEY/TRUSTEE FEES PD |  | 0.00 | 0.00 |  |
| (113) FORECL., ACQUIS., CONVY. |  | 93.75 | 0.30 | .00670 |
| (114) BANKRUPTCY FEE |  | 0.00 | 0.00 |  |
| (115) RENTAL INCOME | 0.00 |  |  |  |
| (116) RENTAL EXPENSE |  | 0.00 |  |  |
| (117) TOTAL TAXES ON DEED |  | 0.00 |  |  |
| (27 OR 118) AMOUNT OF DAMAGE | 0.00 |  |  |  |
| (119) ADJUSTED DAMAGE | 0.00 | 0.00 |  |  |
| (120) SPECIAL ASSESSMENTS |  | 0.00 | 0.00 |  |
| (121) MORTGAGE NOTE INTEREST |  |  | 0.00 |  |
|      FORBEARANCE (COINS. ONLY) |  |  | 0.00 |  |
| (122) MORT. INSURANCE PREMIUM |  | 2,454.48 | 9.49 | .00670 |
| (123) UNAPPLIED 235 ASSISTANCE |  |  |  |  |
| (124) OVERPAID 235 SUBSIDY | 0.00 | 0.00 | 0.00 |  |
| (125) OVERHEAD COST |  | 0.00 | 0.00 |  |
| (126) UNCOLLECTED INTEREST |  |  | 0.00 |  |
| (127) AMOUNT DUE FROM BUYER | 0.00 |  |  |  |
| (128) AMOUNT OWED TO BUYER |  | 0.00 |  |  |
| (129) CLOSING COSTS/ ADMIN FEE |  | 1,000.00 |  |  |
| (130) APPRAISAL FEE |  | 555.00 | 1.68 | .00670 |
| (131) DEF. JUDGMT COST & FEES |  | 0.00 | 0.00 |  |
| (999) COINSURANCE RESERVE AMT |  | 0.00 |  |  |
| INT. FROM 05/01/2020 TO 02/10/2022 |  |  | 3,014.85 | .00670 |
| TOTALS | 253,742.72 | 269,991.31 | 3,063.08 |  |

FHA SETTLEMENT AMOUNT:         19,311.67  
LESS OFFSET AMOUNT :            0.00  
LESS RESERVE AMOUNT(COINS):     0.00

TMS0021

| | | | | |
|---|---|---|---|---|
| LESS PAPER PROCESSING FEE: | 0.00 | | | |
| FHA DEBENTURE PAYMENT: | 0.00 | | | |
| FHA EFT PAYMENT: | 19,311.67 | | | |
| SUBJECT: | FHA CASE NO: ▮▮▮2369 | | ADVICE OF PAYMENT ADJUSTMENTS | |
| | MTGEE REF NO: ▮▮▮6400 | | SCHED: 0089E | STTLDT: 02/10/2022 |

ADJUSTMENTS HAVE BEEN MADE TO YOUR CLAIM FOR THE REASONS SHOWN BELOW:

ITEM NO:          REASONS:

FORECLOSURE AND ACQUISITION COSTS HAVE BEEN REIMBURSED AT 75% RATHER THAN THE STANDARD RATE OF 67% BECAUSE OF SERVICER"S SUPERIOR LOSS MITIGATION PERFORMANCE DURING FY 2021. THIS RESULTS IN THE FOLLOWING ADDITIONAL REIMBURSEMENT: LINE 113 $ 10.00

Questions concerning this letter should be emailed to Single Family Claims at     FHA_SFClaims@hud.gov
Including your Case Number, Servicer ID, and the KEYWORDs "Advice of Payment Letter" in the SUBJECT line will help us provide a quicker response.

TMS0022