```
1S1941-2MR                                             THE MONEY SOURCE INC.                                                03/21/22
 SALE ID EPMCM01    TYPE X                      LOSS MITIGATION FOR SERVICE TRANSFERS                                  PAGE      33
------------------------------------------------------------------------------------------------------------------------------------
 RT LOAN NO       INV CAT  CI PRODUCT CD HI LMI LMT    TEMPLATE LMC    PRINCIPAL BALANCE BI LITI STEP CD
 NEW OLD LOAN NO    PRODUCT DESCRIPTION       LM DESCRIPTION           APPRVD   PROC SPOC  STEP DESCRIPTION
------------------------------------------------------------------------------------------------------------------------------------
 RT LOAN NO       INV CAT  CI PRODUCT CD HI RP RP DESCRIPTION          PRINCIPAL BALANCE BI LITI STAT DATE      REPAY TOTAL  CNT
 NEW OLD LOAN NO    PRODUCT DESCRIPTION       CREATE DT NUM
 RN RECEIVED   RP AMOUNT    ST  BD  DUE DT    DUE AMOUNT   RN RECEIVED   RP AMOUNT    ST  BD  DUE DT    DUE AMOUNT
------------------------------------------------------------------------------------------------------------------------------------
 RT LOAN NO       INV CAT  CI PRODUCT CD HI LMI MOD DT TEMPLATE MS DT  PRINCIPAL BALANCE BI PROGRAM/DESCRIPTION
```

TMS0001

```
NEW OLD LOAN NO     PRODUCT DESCRIPTION        LM DESCRIPTION              APPRVD    LS DATE      DISP/DESCRIPTION              RSN PROC
---------------------------------------------------------------------------------------------------------------------------------------
1         1260  PV2 100             1  K  FORB    VAREFD   L17        258,707.75  P      F18
7000323154                             VA COVID REFUND MOD                     DDK  LBE   CONFIRM FEMA DECLARATION

2         1260  PV2 100             1  90 VA COVID FORBEARANCE         258,707.75  P        D  12/10/21      19,689.82    4
          3154                          08/16/21  02
01                    .00  D 030 09/01/21           .00  02                  .00  D 030 10/01/21              .00
03                    .00  D 030 11/01/21           .00  04                  .00  D 030 12/01/21         17,988.34

3   0829101260  PV2 100             1  K 02/01/22 VAREFD               258,707.75  P    VAREF  VA REFUND MODIFICATION FINAL
7000323154                             VA COVID REFUND MOD                      A                              12/10/21 1
```

TMS0002



```
1S1941-2MR                                           THE MONEY SOURCE INC.                                                    03/21/22
 SALE ID EPMCM01   TYPE X                      LOSS MITIGATION FOR SERVICE TRANSFERS                                    PAGE      36
--------------------------------------------------------------------------------------------------------------------------------------
 RT LOAN NO      INV CAT  CI PRODUCT CD HI LMI LMT    TEMPLATE LMC    PRINCIPAL BALANCE BI LITI STEP CD
 NEW OLD LOAN NO    PRODUCT DESCRIPTION         LM DESCRIPTION                 APPRVD   PROC SPOC  STEP DESCRIPTION
--------------------------------------------------------------------------------------------------------------------------------------
```

TMS0003

```
RT LOAN NO         INV CAT  CI PRODUCT CD HI RP RP DESCRIPTION           PRINCIPAL BALANCE BI LITI STAT DATE      REPAY TOTAL  CNT
NEW OLD LOAN NO      PRODUCT DESCRIPTION       CREATE DT NUM
RN RECEIVED   RP AMOUNT    ST  BD  DUE DT    DUE AMOUNT   RN RECEIVED   RP AMOUNT    ST  BD  DUE DT    DUE AMOUNT
------------------------------------------------------------------------------------------------------------------------------
RT LOAN NO         INV CAT  CI PRODUCT CD HI LMI MOD DT TEMPLATE MS DT  PRINCIPAL BALANCE BI PROGRAM/DESCRIPTION
NEW OLD LOAN NO      PRODUCT DESCRIPTION       LM DESCRIPTION            APPRVD   LS DATE     DISP/DESCRIPTION       RSN PROC
------------------------------------------------------------------------------------------------------------------------------
```



```
1         8967  PV2 100            1   4  FORB    VAREFD            336,117.06  P       F18
     3194                                  VA COVID REFUND MOD               LSM  QUI   CONFIRM FEMA DECLARATION

2         8967  PV2 100            1  90 VA COVID FORBEARANCE       336,117.06  P      D  12/15/21    30,718.25    4
     3194                                  10/05/21  04
01                    .00  D   10/01/21          .00  02                     .00  D   11/01/21          .00
03                    .00  D   12/01/21          .00  04                     .00  D   01/01/22      28,214.60
```

TMS0004

```
3        8967  PV2 100          1  4 03/01/22 VAREFD              336,117.06  P   VAREF  VA REFUND MODIFICATION FINAL
   3194                              VA COVID REFUND MOD                    A                        12/15/21 1
```

```
1S1941-2MR                                    THE MONEY SOURCE INC.                                        03/21/22
   SALE ID EPMCM01    TYPE X              LOSS MITIGATION FOR SERVICE TRANSFERS                       PAGE     37
 ----------------------------------------------------------------------------------------------------------------
 RT LOAN NO       INV CAT  CI PRODUCT CD HI LMI LMT    TEMPLATE LMC    PRINCIPAL BALANCE BI LITI STEP CD
 NEW OLD LOAN NO     PRODUCT DESCRIPTION     LM DESCRIPTION            APPRVD   PROC SPOC  STEP DESCRIPTION
 ----------------------------------------------------------------------------------------------------------------
 RT LOAN NO       INV CAT  CI PRODUCT CD HI RP RP DESCRIPTION          PRINCIPAL BALANCE BI LITI STAT DATE     REPAY TOTAL  CNT
 NEW OLD LOAN NO     PRODUCT DESCRIPTION     CREATE DT NUM
 RN RECEIVED    RP AMOUNT    ST  BD  DUE DT   DUE AMOUNT   RN RECEIVED   RP AMOUNT    ST  BD  DUE DT    DUE AMOUNT
 ----------------------------------------------------------------------------------------------------------------
 RT LOAN NO       INV CAT  CI PRODUCT CD HI LMI MOD DT TEMPLATE MS DT  PRINCIPAL BALANCE BI PROGRAM/DESCRIPTION
 NEW OLD LOAN NO     PRODUCT DESCRIPTION     LM DESCRIPTION            APPRVD   LS DATE    DISP/DESCRIPTION       RSN PROC
 ----------------------------------------------------------------------------------------------------------------
```

TMS0005



TMS0006

```
-------------------------------------------------------------------------------------------------------------------------
RT LOAN NO       INV CAT  CI PRODUCT CD HI LMI LMT    TEMPLATE LMC     PRINCIPAL BALANCE BI LITI STEP CD
NEW OLD LOAN NO     PRODUCT DESCRIPTION        LM DESCRIPTION          APPRVD   PROC SPOC  STEP DESCRIPTION
-------------------------------------------------------------------------------------------------------------------------
RT LOAN NO       INV CAT  CI PRODUCT CD HI RP RP DESCRIPTION           PRINCIPAL BALANCE BI LITI STAT DATE     REPAY TOTAL  CNT
NEW OLD LOAN NO     PRODUCT DESCRIPTION        CREATE DT NUM
RN RECEIVED    RP AMOUNT    ST  BD  DUE DT     DUE AMOUNT    RN RECEIVED    RP AMOUNT    ST  BD  DUE DT     DUE AMOUNT
-------------------------------------------------------------------------------------------------------------------------
RT LOAN NO       INV CAT  CI PRODUCT CD HI LMI MOD DT TEMPLATE MS DT  PRINCIPAL BALANCE BI PROGRAM/DESCRIPTION
NEW OLD LOAN NO     PRODUCT DESCRIPTION        LM DESCRIPTION          APPRVD   LS DATE    DISP/DESCRIPTION         RSN PROC
-------------------------------------------------------------------------------------------------------------------------


1         1086  PV2 100            1   H   FORB    FHAREC   L15      210,388.26  P        M58
    3350                                   FHA RECOVERY MODIFICATION           NH2  BWL    NO NEW FLOOD CERT NEEDED.

2         1086  PV2 100            1  08 FHA FORMAL FB                210,388.26  P        A  02/15/22      18,249.75    4
    3350                                   02/15/22  03
01 03/11/22          .00  K 030 02/15/22          .00  02 03/11/22          .00  K 030 03/15/22           .00
03 03/11/22          .00  K 030 04/15/22          .00  04 03/11/22     4,009.82      030 05/15/22      16,451.11

3         1086  PV2 100            1  H 04/01/22 FHAREC                210,388.26  P    FHAFR  FHA RECOVERY MOD FINAL
```

TMS0007

```
1S1941-2MR                                              THE MONEY SOURCE INC.                                        03/21/22
 SALE ID EPMCM01    TYPE X                        LOSS MITIGATION FOR SERVICE TRANSFERS                         PAGE    61
------------------------------------------------------------------------------------------------------------------------
 RT LOAN NO        INV CAT  CI PRODUCT CD HI LMI LMT    TEMPLATE LMC    PRINCIPAL BALANCE BI LITI STEP CD
 NEW OLD LOAN NO     PRODUCT DESCRIPTION        LM DESCRIPTION          APPRVD    PROC SPOC  STEP DESCRIPTION
------------------------------------------------------------------------------------------------------------------------
 RT LOAN NO        INV CAT  CI PRODUCT CD HI RP RP DESCRIPTION          PRINCIPAL BALANCE BI LITI STAT DATE    REPAY TOTAL   CNT
 NEW OLD LOAN NO     PRODUCT DESCRIPTION        CREATE DT NUM
 RN RECEIVED   RP AMOUNT    ST  BD  DUE DT      DUE AMOUNT   RN RECEIVED   RP AMOUNT    ST  BD  DUE DT      DUE AMOUNT
------------------------------------------------------------------------------------------------------------------------
 RT LOAN NO        INV CAT  CI PRODUCT CD HI LMI MOD DT TEMPLATE MS DT  PRINCIPAL BALANCE BI PROGRAM/DESCRIPTION
 NEW OLD LOAN NO     PRODUCT DESCRIPTION        LM DESCRIPTION          APPRVD    LS DATE    DISP/DESCRIPTION       RSN PROC
------------------------------------------------------------------------------------------------------------------------
```



```
 1         4634  PV2 100            1   C  REVW    VAREFD    L15        367,413.32 P       F18
         3380                                 VA COVID REFUND MOD                 EGU  CCH   CONFIRM FEMA DECLARATION

 2         4634  PV2 100            1  90 VA COVID FORBEARANCE          367,413.32 P       D 12/27/21       20,222.78    4
         3380                              11/05/21  01
 01                    .00  D   11/05/21         .00  02                       .00  D   12/05/21            .00
 03                    .00  D   01/05/22         .00  04                       .00  D   02/05/22       16,999.75
```

TMS0008

```
3        ████4634  PV2 100         1 C 03/01/22 VAREFD              367,413.32 P   VAREF  VA REFUND MODIFICATION FINAL
  ████3380                             VA COVID REFUND MOD                     A                              12/27/21 1
```



```
1S1941-2MR                                       THE MONEY SOURCE INC.                                         03/21/22
SALE ID EPMCM01    TYPE X               LOSS MITIGATION FOR SERVICE TRANSFERS                         PAGE        62
-----------------------------------------------------------------------------------------------------------------------
RT LOAN NO         INV CAT  CI PRODUCT CD HI LMI LMT    TEMPLATE LMC   PRINCIPAL BALANCE BI LITI STEP CD
NEW OLD LOAN NO       PRODUCT DESCRIPTION    LM DESCRIPTION            APPRVD    PROC SPOC  STEP DESCRIPTION
-----------------------------------------------------------------------------------------------------------------------
RT LOAN NO         INV CAT  CI PRODUCT CD HI RP RP DESCRIPTION         PRINCIPAL BALANCE BI LITI STAT DATE    REPAY TOTAL  CNT
NEW OLD LOAN NO       PRODUCT DESCRIPTION       CREATE DT NUM
RN RECEIVED   RP AMOUNT    ST  BD  DUE DT    DUE AMOUNT   RN RECEIVED  RP AMOUNT    ST  BD  DUE DT     DUE AMOUNT
```

TMS0009

```
1S1941-2MR                                    THE MONEY SOURCE INC.                                              03/21/22
 SALE ID EPMCM01     TYPE X                LOSS MITIGATION FOR SERVICE TRANSFERS                              PAGE    63
------------------------------------------------------------------------------------------------------------------------
 RT LOAN NO       INV CAT  CI PRODUCT CD HI LMI LMT    TEMPLATE LMC    PRINCIPAL BALANCE BI LITI STEP CD
 NEW OLD LOAN NO     PRODUCT DESCRIPTION      LM DESCRIPTION           APPRVD   PROC SPOC  STEP DESCRIPTION
------------------------------------------------------------------------------------------------------------------------
 RT LOAN NO       INV CAT  CI PRODUCT CD HI RP RP DESCRIPTION          PRINCIPAL BALANCE BI LITI STAT DATE     REPAY TOTAL  CNT
 NEW OLD LOAN NO     PRODUCT DESCRIPTION      CREATE DT NUM
 RN RECEIVED    RP AMOUNT    ST  BD  DUE DT    DUE AMOUNT   RN RECEIVED   RP AMOUNT    ST  BD  DUE DT    DUE AMOUNT
------------------------------------------------------------------------------------------------------------------------
 RT LOAN NO       INV CAT  CI PRODUCT CD HI LMI MOD DT TEMPLATE MS DT  PRINCIPAL BALANCE BI PROGRAM/DESCRIPTION
 NEW OLD LOAN NO     PRODUCT DESCRIPTION      LM DESCRIPTION           APPRVD   LS DATE     DISP/DESCRIPTION       RSN PROC
```

TMS0010

```
1         6984 PV2 100          1  B  FORB    VAREFD    L14      317,979.58  P       F18
        3401                                 VA COVID REFUND MOD                PAK  QUI   CONFIRM FEMA DECLARATION

2         6984 PV2 100          1  90 VA COVID FORBEARANCE       317,979.58  P       A 01/07/22      31,062.59   4
        3401                        01/07/22  03
01 01/31/22        .00  K    01/01/22         .00  02 01/31/22       .00  K    02/01/22            .00
03 01/31/22        .00  K    03/01/22         .00  04 01/31/22   7,134.85       04/01/22      28,241.28

3         6984 PV2 100          1  B 02/01/22 VAREFD             317,979.58  P   VAREF  VA REFUND MODIFICATION FINAL
        3401                                 VA COVID REFUND MOD              A                         12/02/21 1
```
```
1S1941-2MR                                       THE MONEY SOURCE INC.                                        03/21/22
  SALE ID EPMCM01   TYPE X                  LOSS MITIGATION FOR SERVICE TRANSFERS                      PAGE     64
------------------------------------------------------------------------------------------------------------------
RT LOAN NO       INV CAT  CI PRODUCT CD HI LMI LMT   TEMPLATE LMC   PRINCIPAL BALANCE BI LITI STEP CD
NEW OLD LOAN NO    PRODUCT DESCRIPTION     LM DESCRIPTION          APPRVD   PROC SPOC  STEP DESCRIPTION
------------------------------------------------------------------------------------------------------------------
RT LOAN NO       INV CAT  CI PRODUCT CD HI RP RP DESCRIPTION       PRINCIPAL BALANCE BI LITI STAT DATE    REPAY TOTAL  CNT
NEW OLD LOAN NO    PRODUCT DESCRIPTION     CREATE DT NUM
RN RECEIVED    RP AMOUNT    ST  BD  DUE DT    DUE AMOUNT    RN RECEIVED   RP AMOUNT    ST  BD  DUE DT    DUE AMOUNT
------------------------------------------------------------------------------------------------------------------
RT LOAN NO       INV CAT  CI PRODUCT CD HI LMI MOD DT TEMPLATE MS DT PRINCIPAL BALANCE BI PROGRAM/DESCRIPTION
NEW OLD LOAN NO    PRODUCT DESCRIPTION     LM DESCRIPTION          APPRVD   LS DATE    DISP/DESCRIPTION      RSN PROC
------------------------------------------------------------------------------------------------------------------
```

TMS0011



```
1S1941-2MR                                THE MONEY SOURCE INC.                                      03/21/22
 SALE ID EPMCM01    TYPE X         LOSS MITIGATION FOR SERVICE TRANSFERS                     PAGE      60
```

TMS0012

# Exhibit H

```
--------------------------------------------------------------------------------------------------
RT LOAN NO        INV CAT  CI PRODUCT CD HI LMI LMT     TEMPLATE LMC   PRINCIPAL BALANCE BI LITI STEP CD
NEW OLD LOAN NO      PRODUCT DESCRIPTION        LM DESCRIPTION         APPRVD    PROC SPOC  STEP DESCRIPTION
--------------------------------------------------------------------------------------------------
RT LOAN NO        INV CAT  CI PRODUCT CD HI RP RP DESCRIPTION          PRINCIPAL BALANCE BI LITI STAT DATE     REPAY TOTAL  CNT
NEW OLD LOAN NO      PRODUCT DESCRIPTION        CREATE DT NUM
RN RECEIVED    RP AMOUNT     ST  BD  DUE DT     DUE AMOUNT   RN RECEIVED   RP AMOUNT     ST  BD  DUE DT      DUE AMOUNT
--------------------------------------------------------------------------------------------------
RT LOAN NO        INV CAT  CI PRODUCT CD HI LMI MOD DT TEMPLATE MS DT  PRINCIPAL BALANCE BI PROGRAM/DESCRIPTION
NEW OLD LOAN NO      PRODUCT DESCRIPTION        LM DESCRIPTION         APPRVD   LS DATE      DISP/DESCRIPTION         RSN PROC
--------------------------------------------------------------------------------------------------




1         1820  PV2 100             1   K  MODI    VAREFD    L17       169,186.27  P      F18
    3370                                    VA COVID REFUND MOD                 DDK   KCO    CONFIRM FEMA DECLARATION

2         1820  PV2 100             1  90 VA COVID FORBEARANCE         169,186.27  P      D  12/11/21       5,303.49   4
    3370                                       09/07/21   01
01                 .00  D   09/07/21          .00  02                        .00  D    10/07/21              .00
03                 .00  D   11/07/21          .00  04                        .00  D    12/07/21         4,267.65

3         1820  PV2 100             1  K 03/01/22 VAREFD                169,186.27  P   VAREF  VA REFUND MODIFICATION FINAL
    3370                                    VA COVID REFUND MOD                A                                  12/22/21 1




                                                                                                             TMS0013
```