| LOAN NUMBER | LTSH SCHEDULED COMPLETION DATE | LTSH STEP DESCRIPTION |
|---|---|---|
| 1260 | 05/21/2021 | ASSIGN TO UNDERWRITER |
| 1260 | 11/04/2021 | ASSIGN TO UNDERWRITER |
| 1260 | 11/04/2021 | COMPLETE APPLICATION DATE |
| 1260 | 11/08/2021 | INLINE QA DECISION REV |
| 1260 | 12/17/2021 | MODIFICATION APPROVED |
| 1260 | 02/03/2022 | ORDER TITLE SRCH IF REQ |
| 1260 | 05/05/2022 | RUN FNAL WTERFLL ANALYSIS |
| 1260 | 05/15/2022 | PREPARE MODIFICATION |
| 1260 | 12/27/2021 | TITLE RECEIVED |
| 1260 | 01/01/2022 | TITLE CLEAR - FINAL |
| 1260 | 12/14/2021 | DECISION RENDERED |
| 1260 | 12/23/2021 | MODIFICATION TO BORROWER |
| 1260 | 02/02/2022 | FORWARD TO SPECIAL LOANS |
| 1260 | 11/04/2021 | PC DOCS SENT FOR RECORDIN |
| 1260 | 11/04/2021 | PC DOCS SENT 4 RECORDING |
| 1260 | 11/04/2021 | 4WARDED 2 CLAIMS DEPT |
| 1260 | 11/04/2021 | COMPLETE MOD DOCS RECEIVE |
| 1260 | 01/05/2022 | RECVD MOD DOCS |
| 1260 | 02/06/2022 | LOAN REINSTATED BY LM |
| 1260 | 03/04/2022 | FWD MOD FOR RECORDING |
| 1260 | 11/06/2021 | CONFIRM FEMA DECLARATION |
| 1260 | 11/04/2021 | NO NEW FLOOD CERT NEEDED. |
| 1260 | 11/06/2021 | NATURAL DISASTER |
| 1260 | 11/04/2021 | SKINNY TITLE REQUEST |
| 1260 | 12/23/2021 | WORKOUT APPROVED |
| 1260 | 12/24/2021 | PREPARE TRIAL LETTER |
| 1260 | 12/26/2021 | INLINE QA DEC LTR REV |
| 1260 | 11/04/2021 | RECD EXECUTED MOD |
| 1260 | 12/27/2021 | TRIAL PKG SENT 2 BORROWER |
| 1260 | 01/10/2022 | RECEIVED TRIAL DOCS |
| 1260 | 01/12/2022 | INLINE QA TPP REVIEW |
| 1260 | 02/09/2022 | RECV 1ST REQ PMT |
| 1260 | 02/14/2022 | ASSIGNED TO CLOSING REP |
| 1260 | 03/11/2022 | RECV 2ND REQ PMT |
| 1260 | 04/10/2022 | RECV 3RD REQ PMT |
| 1260 | 01/01/2022 | POSSIBLE TITLE ISSUE |
| 1260 | 05/10/2022 | RECV 4TH REQ PMT |
| 1260 | 05/12/2022 | REQ ATTY FINAL FEES/COST |
| 1260 | 12/15/2021 | INLINE QA FINAL MOD REV |
| 1260 | 12/17/2021 | MLO REVIEW COMPLETED |

| | | | | |
|---|---|---|---|---|
| | ■ | 1260 | 12/15/2021 | MLO REVIEW GV |
| | ■ | 1260 | 12/16/2021 | ASSIGN TO CLOSER |
| | ■ | 1260 | 12/17/2021 | PREPARE MOD. AGRMNT |
| | ■ | 1260 | 12/20/2021 | MODIFICATION DOC DATE |
| | ■ | 1260 | 12/23/2021 | MOD ORDER BK FILE |
| | ■ | 1260 | 12/22/2021 | QA MODIFICATION DOCS |
| | ■ | 1260 | 12/22/2021 | MODIFICATION QA COMPLETE |
| | ■ | 1260 | 02/02/2022 | MOD DOCS RESENT TO BWR |
| | ■ | 1260 | 02/16/2022 | RECVD 2ND EXCUTD MOD DOCS |
| | ■ | 1260 | 02/16/2022 | SUBMITTED TO INV 4 REVIEW |
| | ■ | 1260 | 02/16/2022 | RECEIVED INV DECISION |
| | ■ | 1260 | 02/04/2022 | WAIV LTE FEES REMVE STOPS |
| | ■ | 1260 | 02/02/2022 | RCVD RECORDED DOCS |
| | ■ | 1260 | 02/02/2022 | POST MOD QA STARTED |
| | ■ | 1260 | 02/02/2022 | POST MOD QA DENIED |
| | ■ | 1260 | 02/02/2022 | POST MOD QA RESUBMITTED |
| | ■ | 1260 | 02/02/2022 | POST MOD QA APPROVED |
| | ■ | 1260 | 02/02/2022 | POST MOD DELAY |
| | ■ | 1260 | 02/02/2022 | POST MOD DELAY RESOLVED |
| | ■ | 1260 | 02/02/2022 | MODIFICATION DELAY |
| | ■ | 1260 | 02/02/2022 | MOD DELAY RESOLVED |
| | ■ | 1260 | 12/24/2021 | LOSS MITIGATION INELIGIBL |
| | ■ | 1260 | 03/11/2022 | LOSS MITIGATION WRKT FAIL |
| | ■ | 1260 | 12/25/2021 | PREPARE DNL LETTER |
| | ■ | 1260 | 12/27/2021 | INLNE QA DNL LTR REVIEW |
| | ■ | 1260 | 01/10/2022 | MODS DOCS NOT RETURNED |
| | ■ | 1260 | 01/10/2022 | TPP FAILED - NONPAYMENT |
| | ■ | 1260 | 12/27/2021 | SENT DNL LETTER |
| | ■ | 1260 | 02/03/2022 | CLOSE LMT1 WKOUT COMPLETE |
| | ■ | 1260 | 02/03/2022 | DENIED LOAN, CLOSE LMT1 |
| | ■ | 1260 | 02/03/2022 | NOT ELIGIBLE FOR COVID-19 |
| | ■ | 1260 | 05/21/2021 | CONFIRM COVID-19 AFFECTED |
| | ■ | 1260 | 05/26/2021 | FORBEARANCE PLAN APPROVED |
| | ■ | 1260 | 05/28/2021 | DECISION RENDERED |
| | ■ | 1260 | 05/30/2021 | PREPARED FB AGREEMENT |
| | ■ | 1260 | 05/31/2021 | F/B ESTIMATED CURE DATE |
| | ■ | 1260 | 05/31/2021 | SENT FB AGRMNT 2 BORROWER |
| | ■ | 1260 | 05/31/2021 | FORB EXTENSION REQUESTED |
| | ■ | 1260 | 05/31/2021 | FORB EXTENSION APPROVED |
| | ■ | 1260 | 09/28/2021 | COVID-19 FB EXTENSION |
| | ■ | 1260 | 05/29/2021 | LM INELIG/FAIL/DECLINE |
| | ■ | 1260 | 05/30/2021 | PREPARE DNL LETTER |
| | ■ | 1260 | 06/01/2021 | INLNE QA DNL LTR REVIEW |
| | ■ | 1260 | 06/01/2021 | SENT DNL LETTER |

|  |  | 1260 | 08/29/2021 | COMPLETED FORBEARANCE PLN |
|---|---|---|---|---|
|  |  | 1086 | 10/30/2021 | ASSIGN TO UNDERWRITER |
|  |  | 1086 | 01/26/2022 | COMPLETE APPLICATION DATE |
|  |  | 1086 | 01/26/2022 | LDP REVIEW COMPLETED |
|  |  | 1086 | 01/26/2022 | VERIFIED PRIOR WORKOUTS |
|  |  | 1086 | 02/02/2022 | INLINE QA DECISION REV |
|  |  | 1086 | 06/07/2022 | MLO REVIEW GV |
|  |  | 1086 | 01/26/2022 | MODIFICATION APPROVED |
|  |  | 1086 | 01/30/2022 | WORKOUT APPROVED |
|  |  | 1086 | 03/04/2022 | ORDER TITLE SRCH IF REQ |
|  |  | 1086 | 05/09/2022 | RUN FNAL WTERFLL ANALYSIS |
|  |  | 1086 | 03/05/2022 | PREPARE MODIFICATION |
|  |  | 1086 | 03/22/2022 | RECVD MOD DOCS |
|  |  | 1086 | 04/05/2022 | FORWARD TO SPECIAL LOANS |
|  |  | 1086 | 03/22/2022 | FWD MOD FOR RECORDING |
|  |  | 1086 | 01/26/2022 | COMPLETE MOD DOCS RECEIVE |
|  |  | 1086 | 02/25/2022 | WAIV LTE FEES REMVE STOPS |
|  |  | 1086 | 02/18/2022 | PC DOCS SENT 4 RECORDING |
|  |  | 1086 | 03/10/2022 | 4WARDED 2 CLAIMS DEPT |
|  |  | 1086 | 02/28/2022 | LOAN REINSTATED BY LM |
|  |  | 1086 | 03/15/2022 | PC DOCS SENT FOR RECORDIN |
|  |  | 1086 | 05/09/2022 | NON-INCNTVE LOAN MOD PROC |
|  |  | 1086 | 01/26/2022 | NO NEW FLOOD CERT NEEDED. |
|  |  | 1086 | 01/26/2022 | REDUCED DOC PACKAGE COMPL |
|  |  | 1086 | 01/31/2022 | SUBMTD VARIANCE TO HUD |
|  |  | 1086 | 01/31/2022 | RCVD APPRVL FROM HUD |
|  |  | 1086 | 01/30/2022 | DECISION RENDERED |
|  |  | 1086 | 02/02/2022 | SET-UP DLQ2 |
|  |  | 1086 | 02/02/2022 | INLINE QA DEC LTR REV |
|  |  | 1086 | 02/17/2022 | TPP EXEC. UPLOADED 2 SIME |
|  |  | 1086 | 03/04/2022 | RECEIVED TRIAL DOCS |
|  |  | 1086 | 03/06/2022 | INLINE QA TPP REVIEW |
|  |  | 1086 | 02/02/2022 | RECV 1ST REQ PMT |
|  |  | 1086 | 03/08/2022 | ASSIGNED TO CLOSING REP |
|  |  | 1086 | 03/04/2022 | RECV 2ND REQ PMT |
|  |  | 1086 | 04/03/2022 | RECV 3RD REQ PMT |
|  |  | 1086 | 02/15/2022 | TITLE RECEIVED |
|  |  | 1086 | 02/15/2022 | POSSIBLE TITLE ISSUE |
|  |  | 1086 | 03/01/2022 | TITLE CLEAR - FINAL |
|  |  | 1086 | 05/03/2022 | RECV 4TH REQ PMT |
|  |  | 1086 | 05/08/2022 | REQ ATTY FINAL FEES/COST |
|  |  | 1086 | 02/01/2022 | VARIANCE REQUESTED |
|  |  | 1086 | 03/02/2022 | VARIANCE RECEIVED |
|  |  | 1086 | 03/04/2022 | INLINE QA FINAL MOD REV |

| | | 1086 | 03/05/2022 | MLO REVIEW COMPLETED |
|---|---|---|---|---|
| | | 1086 | 03/05/2022 | ASSIGN TO CLOSER |
| | | 1086 | 02/04/2022 | MODIFICATION DOC DATE |
| | | 1086 | 02/07/2022 | MOD ORDER BK FILE |
| | | 1086 | 03/04/2022 | PREPARE PC/DEF DOCS |
| | | 1086 | 03/05/2022 | QA MODIFICATION DOCS |
| | | 1086 | 03/06/2022 | MODIFICATION QA COMPLETE |
| | | 1086 | 03/08/2022 | MODIFICATION TO BORROWER |
| | | 1086 | 02/20/2022 | MOD DOCS RESENT TO BWR |
| | | 1086 | 03/02/2022 | RECVD 2ND EXCUTD MOD DOCS |
| | | 1086 | 03/02/2022 | SUBMITTED TO INV 4 REVIEW |
| | | 1086 | 03/02/2022 | RECEIVED INV DECISION |
| | | 1086 | 07/10/2023 | MODIFICATION DELAY |
| | | 1086 | 07/10/2023 | MOD DELAY RESOLVED |
| | | 1086 | 03/10/2022 | RCVD RECORDED DOCS |
| | | 1086 | 03/10/2022 | POST MOD QA STARTED |
| | | 1086 | 03/10/2022 | POST MOD QA DENIED |
| | | 1086 | 03/10/2022 | POST MOD QA RESUBMITTED |
| | | 1086 | 03/10/2022 | POST MOD QA APPROVED |
| | | 1086 | 03/10/2022 | POST MOD DELAY |
| | | 1086 | 03/10/2022 | POST MOD DELAY RESOLVED |
| | | 1086 | 03/10/2022 | POST MOD QA COMPLETED |
| | | 1086 | 02/07/2022 | LOSS MITIGATION WRKT FAIL |
| | | 1086 | 03/04/2022 | MODS DOCS NOT RETURNED |
| | | 1086 | 03/04/2022 | TPP FAILED - NONPAYMENT |
| | | 1086 | 02/07/2022 | LM INELIG/FAIL/DECLINE |
| | | 1086 | 02/08/2022 | PREPARE DNL LETTER |
| | | 1086 | 02/10/2022 | INLNE QA DNL LTR REVIEW |
| | | 1086 | 02/10/2022 | SENT DNL LETTER |
| | | 1086 | 04/09/2022 | FHA NATL EMRGNCY PC FILED |
| | | 1086 | 04/11/2022 | FHA NATL EMRGNCY PC PAID |
| | | 1086 | 03/15/2022 | CLOSE LMT1 WKOUT COMPLETE |
| | | 1086 | 01/26/2022 | DENIED LOAN, CLOSE LMT1 |
| | | 1086 | 01/26/2022 | NOT ELIGIBLE FOR COVID-19 |
| | | 1086 | 10/30/2021 | ASSIGN TO UNDERWRITER |
| | | 1086 | 10/31/2021 | CONFIRM COVID-19 AFFECTED |
| | | 1086 | 11/05/2021 | FORBEARANCE PLAN APPROVED |
| | | 1086 | 11/07/2021 | DECISION RENDERED |
| | | 1086 | 11/09/2021 | PREPARED FB AGREEMENT |
| | | 1086 | 11/10/2021 | F/B ESTIMATED CURE DATE |
| | | 1086 | 11/10/2021 | SENT FB AGRMNT 2 BORROWER |
| | | 1086 | 11/10/2021 | FORB EXTENSION REQUESTED |
| | | 1086 | 11/10/2021 | FORB EXTENSION APPROVED |
| | | 1086 | 03/10/2022 | COVID-19 FB EXTENSION |

| | | | |
|---|---|---|---|
| | 1086 | 11/08/2021 | LM INELIG/FAIL/DECLINE |
| | 1086 | 11/09/2021 | PREPARE DNL LETTER |
| | 1086 | 11/11/2021 | INLNE QA DNL LTR REVIEW |
| | 1086 | 11/11/2021 | SENT DNL LETTER |
| | 1086 | 02/08/2022 | COMPLETED FORBEARANCE PLN |
| | 1820 | 12/18/2021 | COMPLETED FORBEARANCE PLN |
| | 1820 | 12/15/2021 | ASSIGN TO UNDERWRITER |
| | 1820 | 12/22/2021 | COMPLETE APPLICATION DATE |
| | 1820 | 12/26/2021 | INLINE QA DECISION REV |
| | 1820 | 12/27/2021 | MODIFICATION APPROVED |
| | 1820 | 02/13/2022 | ORDER TITLE SRCH IF REQ |
| | 1820 | 05/15/2022 | RUN FNAL WTERFLL ANALYSIS |
| | 1820 | 01/02/2022 | PREPARE MODIFICATION |
| | 1820 | 12/22/2021 | INC MOD REC'D TIME LEFT |
| | 1820 | 02/13/2022 | FORWARD TO SPECIAL LOANS |
| | 1820 | 12/22/2021 | PC DOCS SENT FOR RECORDIN |
| | 1820 | 12/22/2021 | PC DOCS SENT 4 RECORDING |
| | 1820 | 12/22/2021 | 4WARDED 2 CLAIMS DEPT |
| | 1820 | 12/22/2021 | COMPLETE MOD DOCS RECEIVE |
| | 1820 | 01/16/2022 | RECVD MOD DOCS |
| | 1820 | 02/20/2022 | LOAN REINSTATED BY LM |
| | 1820 | 03/18/2022 | FWD MOD FOR RECORDING |
| | 1820 | 12/24/2021 | CONFIRM FEMA DECLARATION |
| | 1820 | 12/22/2021 | NO NEW FLOOD CERT NEEDED. |
| | 1820 | 12/24/2021 | NATURAL DISASTER |
| | 1820 | 12/24/2021 | DECISION RENDERED |
| | 1820 | 12/22/2021 | SKINNY TITLE REQUEST |
| | 1820 | 12/25/2021 | WORKOUT APPROVED |
| | 1820 | 12/26/2021 | PREPARE TRIAL LETTER |
| | 1820 | 12/28/2021 | INLINE QA DEC LTR REV |
| | 1820 | 12/22/2021 | RECD EXECUTED MOD |
| | 1820 | 12/29/2021 | TRIAL PKG SENT 2 BORROWER |
| | 1820 | 01/12/2022 | RECEIVED TRIAL DOCS |
| | 1820 | 01/14/2022 | INLINE QA TPP REVIEW |
| | 1820 | 02/11/2022 | RECV 1ST REQ PMT |
| | 1820 | 02/16/2022 | ASSIGNED TO CLOSING REP |
| | 1820 | 03/13/2022 | RECV 2ND REQ PMT |
| | 1820 | 04/12/2022 | RECV 3RD REQ PMT |
| | 1820 | 01/06/2022 | TITLE RECEIVED |
| | 1820 | 01/21/2022 | POSSIBLE TITLE ISSUE |
| | 1820 | 01/21/2022 | TITLE CLEAR - FINAL |
| | 1820 | 05/12/2022 | RECV 4TH REQ PMT |
| | 1820 | 05/14/2022 | REQ ATTY FINAL FEES/COST |
| | 1820 | 12/25/2021 | INLINE QA FINAL MOD REV |

| | | | | |
|---|---|---|---|---|
| | | 1820 | 12/27/2021 | MLO REVIEW COMPLETED |
| | | 1820 | 12/25/2021 | MLO REVIEW GV |
| | | 1820 | 12/26/2021 | ASSIGN TO CLOSER |
| | | 1820 | 12/27/2021 | PREPARE MOD. AGRMNT |
| | | 1820 | 12/30/2021 | MODIFICATION DOC DATE |
| | | 1820 | 01/02/2022 | MOD ORDER BK FILE |
| | | 1820 | 01/01/2022 | QA MODIFICATION DOCS |
| | | 1820 | 01/01/2022 | MODIFICATION QA COMPLETE |
| | | 1820 | 01/02/2022 | MODIFICATION TO BORROWER |
| | | 1820 | 02/16/2022 | MOD DOCS RESENT TO BWR |
| | | 1820 | 03/02/2022 | RECVD 2ND EXCUTD MOD DOCS |
| | | 1820 | 03/02/2022 | SUBMITTED TO INV 4 REVIEW |
| | | 1820 | 03/02/2022 | RECEIVED INV DECISION |
| | | 1820 | 02/18/2022 | WAIV LTE FEES REMVE STOPS |
| | | 1820 | 02/16/2022 | RCVD RECORDED DOCS |
| | | 1820 | 02/16/2022 | POST MOD QA STARTED |
| | | 1820 | 02/16/2022 | POST MOD QA DENIED |
| | | 1820 | 02/16/2022 | POST MOD QA RESUBMITTED |
| | | 1820 | 02/16/2022 | POST MOD QA APPROVED |
| | | 1820 | 02/16/2022 | POST MOD DELAY |
| | | 1820 | 02/16/2022 | POST MOD DELAY RESOLVED |
| | | 1820 | 02/16/2022 | MODIFICATION DELAY |
| | | 1820 | 02/16/2022 | MOD DELAY RESOLVED |
| | | 1820 | 12/26/2021 | LOSS MITIGATION INELIGIBL |
| | | 1820 | 03/13/2022 | LOSS MITIGATION WRKT FAIL |
| | | 1820 | 12/27/2021 | PREPARE DNL LETTER |
| | | 1820 | 12/29/2021 | INLNE QA DNL LTR REVIEW |
| | | 1820 | 01/12/2022 | MODS DOCS NOT RETURNED |
| | | 1820 | 01/12/2022 | TPP FAILED - NONPAYMENT |
| | | 1820 | 12/29/2021 | SENT DNL LETTER |
| | | 1820 | 02/17/2022 | CLOSE LMT1 WKOUT COMPLETE |
| | | 1820 | 02/17/2022 | DENIED LOAN, CLOSE LMT1 |
| | | 1820 | 02/17/2022 | NOT ELIGIBLE FOR COVID-19 |
| | | 1820 | 09/08/2021 | ASSIGN TO UNDERWRITER |
| | | 1820 | 09/09/2021 | CONFIRM COVID-19 AFFECTED |
| | | 1820 | 09/14/2021 | FORBEARANCE PLAN APPROVED |
| | | 1820 | 09/16/2021 | DECISION RENDERED |
| | | 1820 | 09/18/2021 | PREPARED FB AGREEMENT |
| | | 1820 | 09/19/2021 | F/B ESTIMATED CURE DATE |
| | | 1820 | 09/19/2021 | SENT FB AGRMNT 2 BORROWER |
| | | 1820 | 09/19/2021 | FORB EXTENSION REQUESTED |
| | | 1820 | 09/19/2021 | FORB EXTENSION APPROVED |
| | | 1820 | 01/17/2022 | COVID-19 FB EXTENSION |
| | | 1820 | 09/17/2021 | LM INELIG/FAIL/DECLINE |

| | | | | |
|---|---|---|---|---|
| | | 1820 | 09/18/2021 | PREPARE DNL LETTER |
| | | 1820 | 09/20/2021 | INLNE QA DNL LTR REVIEW |
| | | 1820 | 09/20/2021 | SENT DNL LETTER |
| | | 4634 | 11/05/2021 | ASSIGN FOR PRE-UNDERWRTNG |
| | | 4634 | 11/14/2021 | REVIEW FINANCIAL PACKAGE |
| | | 4634 | 11/04/2021 | PACKAGE RECEIVED |
| | | 4634 | 11/08/2021 | REVIEWED PACKAGE |
| | | 4634 | 11/04/2021 | NO NEW FLOOD CERT NEEDED. |
| | | 4634 | 11/13/2021 | INLINE QA MI REVIEW |
| | | 4634 | 11/16/2021 | SEND MISSING ITEMS LETTER |
| | | 4634 | 11/16/2021 | ASSIGN TO UNDERWRITER |
| | | 4634 | 11/15/2021 | COMPLETE APPLICATION DATE |
| | | 4634 | 11/16/2021 | ASSIGN FOR PRE-UNDERWRTNG |
| | | 4634 | 12/03/2021 | INITL UNDERWRITING CMPLD |
| | | 4634 | 12/14/2021 | INLINE QA COMP PKG REV |
| | | 4634 | 11/16/2021 | FACIALLY COMP PCKG RECVD |
| | | 4634 | 11/16/2021 | ASSIGNED TO UNDERWRITER |
| | | 4634 | 11/19/2021 | INLINE QA DECISION REV |
| | | 4634 | 01/01/2022 | MODIFICATION APPROVED |
| | | 4634 | 02/18/2022 | ORDER TITLE SRCH IF REQ |
| | | 4634 | 01/07/2022 | PREPARE MODIFICATION |
| | | 4634 | 01/11/2022 | TITLE RECEIVED |
| | | 4634 | 01/19/2022 | POSSIBLE TITLE ISSUE |
| | | 4634 | 01/04/2022 | TITLE CLEAR - FINAL |
| | | 4634 | 02/18/2022 | FORWARD TO SPECIAL LOANS |
| | | 4634 | 05/20/2022 | RUN FNAL WTERFLL ANALYSIS |
| | | 4634 | 01/21/2022 | RECVD MOD DOCS |
| | | 4634 | 11/17/2021 | CONFIRM FEMA DECLARATION |
| | | 4634 | 11/15/2021 | NO NEW FLOOD CERT NEEDED. |
| | | 4634 | 11/17/2021 | NATURAL DISASTER |
| | | 4634 | 12/29/2021 | DECISION RENDERED |
| | | 4634 | 11/15/2021 | SKINNY TITLE REQUEST |
| | | 4634 | 12/30/2021 | WORKOUT APPROVED |
| | | 4634 | 12/31/2021 | PREPARE TRIAL LETTER |
| | | 4634 | 01/02/2022 | INLINE QA DEC LTR REV |
| | | 4634 | 11/15/2021 | RECD EXECUTED MOD |
| | | 4634 | 01/03/2022 | TRIAL PKG SENT 2 BORROWER |
| | | 4634 | 01/17/2022 | RECEIVED TRIAL DOCS |
| | | 4634 | 01/19/2022 | INLINE QA TPP REVIEW |
| | | 4634 | 02/16/2022 | RECV 1ST REQ PMT |
| | | 4634 | 02/21/2022 | ASSIGNED TO CLOSING REP |
| | | 4634 | 03/18/2022 | RECV 2ND REQ PMT |
| | | 4634 | 04/17/2022 | RECV 3RD REQ PMT |
| | | 4634 | 05/17/2022 | RECV 4TH REQ PMT |

| | | | |
|---|---|---|---|
| | 4634 | 05/19/2022 | REQ ATTY FINAL FEES/COST |
| | 4634 | 02/12/2022 | INLINE QA FINAL MOD REV |
| | 4634 | 02/14/2022 | MLO REVIEW COMPLETED |
| | 4634 | 02/12/2022 | MLO REVIEW GV |
| | 4634 | 02/13/2022 | ASSIGN TO CLOSER |
| | 4634 | 02/14/2022 | PREPARE MOD. AGRMNT |
| | 4634 | 02/17/2022 | MODIFICATION DOC DATE |
| | 4634 | 02/20/2022 | MOD ORDER BK FILE |
| | 4634 | 02/19/2022 | QA MODIFICATION DOCS |
| | 4634 | 02/19/2022 | MODIFICATION QA COMPLETE |
| | 4634 | 02/20/2022 | MODIFICATION TO BORROWER |
| | 4634 | 02/10/2022 | MOD DOCS RESENT TO BWR |
| | 4634 | 02/24/2022 | RECVD 2ND EXCUTD MOD DOCS |
| | 4634 | 02/24/2022 | SUBMITTED TO INV 4 REVIEW |
| | 4634 | 02/24/2022 | RECEIVED INV DECISION |
| | 4634 | 02/12/2022 | WAIV LTE FEES REMVE STOPS |
| | 4634 | 02/14/2022 | LOAN REINSTATED BY LM |
| | 4634 | 03/12/2022 | FWD MOD FOR RECORDING |
| | 4634 | 03/12/2022 | RCVD RECORDED DOCS |
| | 4634 | 03/12/2022 | POST MOD QA STARTED |
| | 4634 | 03/12/2022 | POST MOD QA DENIED |
| | 4634 | 03/12/2022 | POST MOD QA RESUBMITTED |
| | 4634 | 03/12/2022 | POST MOD QA APPROVED |
| | 4634 | 03/12/2022 | POST MOD DELAY |
| | 4634 | 03/12/2022 | POST MOD DELAY RESOLVED |
| | 4634 | 03/12/2022 | MODIFICATION DELAY |
| | 4634 | 03/12/2022 | MOD DELAY RESOLVED |
| | 4634 | 12/31/2021 | LOSS MITIGATION INELIGIBL |
| | 4634 | 03/18/2022 | LOSS MITIGATION WRKT FAIL |
| | 4634 | 01/01/2022 | PREPARE DNL LETTER |
| | 4634 | 01/03/2022 | INLNE QA DNL LTR REVIEW |
| | 4634 | 01/17/2022 | MODS DOCS NOT RETURNED |
| | 4634 | 01/17/2022 | TPP FAILED - NONPAYMENT |
| | 4634 | 01/03/2022 | SENT DNL LETTER |
| | 4634 | 03/13/2022 | CLOSE LMT1 WKOUT COMPLETE |
| | 4634 | 03/13/2022 | DENIED LOAN, CLOSE LMT1 |
| | 4634 | 03/13/2022 | NOT ELIGIBLE FOR COVID-19 |
| | 4634 | 11/25/2021 | REVIEW FINANCIAL PACKAGE |
| | 4634 | 11/15/2021 | PACKAGE RECEIVED |
| | 4634 | 11/15/2021 | REVIEWED PACKAGE |
| | 4634 | 11/20/2021 | INLINE QA MI REVIEW |
| | 4634 | 11/25/2021 | SEND MISSING ITEMS LETTER |
| | 4634 | 12/25/2021 | ADDITIONAL ITEMS REQ |
| | 4634 | 11/15/2021 | NO NEW FLOOD CERT NEEDED. |

| | | | | |
|---|---|---|---|---|
| | █ | 4634 | 12/28/2021 | ADDITIONAL ITEMS RCVD |
| | █ | 4634 | 01/02/2022 | ADDITIONAL ITEMS RVWD |
| | █ | 4634 | 11/15/2021 | FILE ON HOLD BRWR TO ADDR |
| | █ | 4634 | 12/15/2021 | PRETRIAL DELAY RESOLVED |
| | █ | 4634 | 01/04/2022 | INLINE QA COMP PKG REV |
| | █ | 4634 | 01/05/2022 | FACIALLY COMP PCKG RECVD |
| | █ | 4634 | 11/16/2021 | PULLED CREDIT REPORT |
| | █ | 4634 | 01/06/2022 | ASSIGNED TO UNDERWRITER |
| | █ | 4634 | 11/26/2021 | ESCROW ANALYSIS REQUEST |
| | █ | 4634 | 11/26/2021 | REQUEST ATTY FEES/COSTS |
| | █ | 4634 | 12/02/2021 | COMPLETE INCOME CALCULATR |
| | █ | 4634 | 12/02/2021 | DECISION RENDERED |
| | █ | 4634 | 11/15/2021 | INV APPROVAL REQUESTED |
| | █ | 4634 | 11/15/2021 | REC INVESTOR APPROVAL |
| | █ | 4634 | 11/16/2021 | WATERFALL REVIEW |
| | █ | 4634 | 11/17/2021 | WORKOUT TYPE DETERMINED |
| | █ | 4634 | 01/04/2022 | INLINE QA DISENG REV |
| | █ | 4634 | 01/05/2022 | INELIG 4 LM/NO RESPONSE |
| | █ | 4634 | 01/05/2022 | LM INELIG/FAIL/DECLINE |
| | █ | 4634 | 01/06/2022 | PREPARE DNL LETTER |
| | █ | 4634 | 01/08/2022 | INLINE QA DISENG LTR REV |
| | █ | 4634 | 01/09/2022 | SENT DNL LETTER |
| | █ | 4634 | 11/15/2021 | RESET DATE |
| | █ | 4634 | 12/04/2021 | ADDITIONAL ITEMS REQ |
| | █ | 4634 | 12/07/2021 | ADDITIONAL ITEMS RCVD |
| | █ | 4634 | 12/12/2021 | ADDITIONAL ITEMS RVWD |
| | █ | 4634 | 11/04/2021 | FILE ON HOLD BRWR TO ADDR |
| | █ | 4634 | 12/04/2021 | PRETRIAL DELAY RESOLVED |
| | █ | 4634 | 11/05/2021 | PULLED CREDIT REPORT |
| | █ | 4634 | 11/05/2021 | ESCROW ANALYSIS REQUEST |
| | █ | 4634 | 11/05/2021 | REQUEST ATTY FEES/COSTS |
| | █ | 4634 | 11/11/2021 | COMPLETE INCOME CALCULATR |
| | █ | 4634 | 11/12/2021 | INITL UNDERWRITING CMPLD |
| | █ | 4634 | 11/11/2021 | DECISION RENDERED |
| | █ | 4634 | 11/12/2021 | INV APPROVAL REQUESTED |
| | █ | 4634 | 11/12/2021 | REC INVESTOR APPROVAL |
| | █ | 4634 | 11/13/2021 | WATERFALL REVIEW |
| | █ | 4634 | 11/14/2021 | WORKOUT TYPE DETERMINED |
| | █ | 4634 | 12/14/2021 | INLINE QA DISENG REV |
| | █ | 4634 | 12/15/2021 | INELIGIBLE LM-MISSING ITM |
| | █ | 4634 | 12/15/2021 | LM INELIG/FAIL/DECLINE |
| | █ | 4634 | 12/16/2021 | PREPARE DNL LETTER |
| | █ | 4634 | 12/18/2021 | INLINE QA DISENG LTR REV |
| | █ | 4634 | 12/19/2021 | SENT DNL LETTER |

| | | | | |
|---|---|---|---|---|
| | ▬ | 6984 | 10/06/2021 | ASSIGN FOR PRE-UNDERWRTNG |
| | ▬ | 6984 | 10/15/2021 | REVIEW FINANCIAL PACKAGE |
| | ▬ | 6984 | 10/05/2021 | PACKAGE RECEIVED |
| | ▬ | 6984 | 10/07/2021 | REVIEWED PACKAGE |
| | ▬ | 6984 | 10/05/2021 | NO NEW FLOOD CERT NEEDED. |
| | ▬ | 6984 | 10/08/2021 | ASSIGN FOR PRE-UNDERWRTNG |
| | ▬ | 6984 | 10/25/2021 | INITL UNDERWRITING CMPLD |
| | ▬ | 6984 | 11/14/2021 | INLINE QA COMP PKG REV |
| | ▬ | 6984 | 10/08/2021 | FACIALLY COMP PCKG RECVD |
| | ▬ | 6984 | 10/08/2021 | ASSIGNED TO UNDERWRITER |
| | ▬ | 6984 | 10/08/2021 | ASSIGN TO UNDERWRITER |
| | ▬ | 6984 | 12/02/2021 | COMPLETE APPLICATION DATE |
| | ▬ | 6984 | 12/06/2021 | INLINE QA DECISION REV |
| | ▬ | 6984 | 12/10/2021 | MODIFICATION APPROVED |
| | ▬ | 6984 | 01/27/2022 | ORDER TITLE SRCH IF REQ |
| | ▬ | 6984 | 04/28/2022 | RUN FNAL WTERFLL ANALYSIS |
| | ▬ | 6984 | 12/16/2021 | PREPARE MODIFICATION |
| | ▬ | 6984 | 12/07/2021 | DECISION RENDERED |
| | ▬ | 6984 | 12/16/2021 | MODIFICATION TO BORROWER |
| | ▬ | 6984 | 12/02/2021 | JMA NOTARY REQUESTED |
| | ▬ | 6984 | 01/31/2022 | FORWARD TO SPECIAL LOANS |
| | ▬ | 6984 | 12/04/2021 | CONFIRM FEMA DECLARATION |
| | ▬ | 6984 | 12/02/2021 | NO NEW FLOOD CERT NEEDED. |
| | ▬ | 6984 | 12/04/2021 | NATURAL DISASTER |
| | ▬ | 6984 | 12/02/2021 | SKINNY TITLE REQUEST |
| | ▬ | 6984 | 12/21/2021 | WORKOUT APPROVED |
| | ▬ | 6984 | 12/22/2021 | PREPARE TRIAL LETTER |
| | ▬ | 6984 | 12/24/2021 | INLINE QA DEC LTR REV |
| | ▬ | 6984 | 12/02/2021 | RECD EXECUTED MOD |
| | ▬ | 6984 | 12/25/2021 | TRIAL PKG SENT 2 BORROWER |
| | ▬ | 6984 | 01/08/2022 | RECEIVED TRIAL DOCS |
| | ▬ | 6984 | 01/10/2022 | INLINE QA TPP REVIEW |
| | ▬ | 6984 | 02/07/2022 | RECV 1ST REQ PMT |
| | ▬ | 6984 | 02/12/2022 | ASSIGNED TO CLOSING REP |
| | ▬ | 6984 | 03/09/2022 | RECV 2ND REQ PMT |
| | ▬ | 6984 | 04/08/2022 | RECV 3RD REQ PMT |
| | ▬ | 6984 | 12/20/2021 | TITLE RECEIVED |
| | ▬ | 6984 | 01/04/2022 | POSSIBLE TITLE ISSUE |
| | ▬ | 6984 | 01/04/2022 | TITLE CLEAR - FINAL |
| | ▬ | 6984 | 05/08/2022 | RECV 4TH REQ PMT |
| | ▬ | 6984 | 05/10/2022 | REQ ATTY FINAL FEES/COST |
| | ▬ | 6984 | 12/08/2021 | INLINE QA FINAL MOD REV |
| | ▬ | 6984 | 12/10/2021 | MLO REVIEW COMPLETED |
| | ▬ | 6984 | 12/08/2021 | MLO REVIEW GV |

| | | 6984 | 12/09/2021 | ASSIGN TO CLOSER |
|---|---|---|---|---|
| | | 6984 | 12/10/2021 | PREPARE MOD. AGRMNT |
| | | 6984 | 12/13/2021 | MODIFICATION DOC DATE |
| | | 6984 | 12/16/2021 | MOD ORDER BK FILE |
| | | 6984 | 12/15/2021 | QA MODIFICATION DOCS |
| | | 6984 | 12/15/2021 | MODIFICATION QA COMPLETE |
| | | 6984 | 01/03/2022 | RECVD MOD DOCS |
| | | 6984 | 01/03/2022 | MOD DOCS RESENT TO BWR |
| | | 6984 | 01/17/2022 | RECVD 2ND EXCUTD MOD DOCS |
| | | 6984 | 01/17/2022 | SUBMITTED TO INV 4 REVIEW |
| | | 6984 | 01/17/2022 | RECEIVED INV DECISION |
| | | 6984 | 01/05/2022 | WAIV LTE FEES REMVE STOPS |
| | | 6984 | 01/19/2022 | LOAN REINSTATED BY LM |
| | | 6984 | 02/02/2022 | FWD MOD FOR RECORDING |
| | | 6984 | 02/02/2022 | RCVD RECORDED DOCS |
| | | 6984 | 02/02/2022 | POST MOD QA STARTED |
| | | 6984 | 02/02/2022 | POST MOD QA DENIED |
| | | 6984 | 02/02/2022 | POST MOD QA RESUBMITTED |
| | | 6984 | 02/02/2022 | POST MOD QA APPROVED |
| | | 6984 | 02/02/2022 | POST MOD DELAY |
| | | 6984 | 02/02/2022 | POST MOD DELAY RESOLVED |
| | | 6984 | 02/02/2022 | MODIFICATION DELAY |
| | | 6984 | 02/02/2022 | MOD DELAY RESOLVED |
| | | 6984 | 12/22/2021 | LOSS MITIGATION INELIGIBL |
| | | 6984 | 03/09/2022 | LOSS MITIGATION WRKT FAIL |
| | | 6984 | 12/23/2021 | PREPARE DNL LETTER |
| | | 6984 | 12/25/2021 | INLNE QA DNL LTR REVIEW |
| | | 6984 | 01/08/2022 | MODS DOCS NOT RETURNED |
| | | 6984 | 01/08/2022 | TPP FAILED - NONPAYMENT |
| | | 6984 | 12/25/2021 | SENT DNL LETTER |
| | | 6984 | 02/03/2022 | CLOSE LMT1 WKOUT COMPLETE |
| | | 6984 | 02/03/2022 | DENIED LOAN, CLOSE LMT1 |
| | | 6984 | 02/03/2022 | NOT ELIGIBLE FOR COVID-19 |
| | | 6984 | 10/17/2021 | REVIEW FINANCIAL PACKAGE |
| | | 6984 | 10/07/2021 | PACKAGE RECEIVED |
| | | 6984 | 10/07/2021 | REVIEWED PACKAGE |
| | | 6984 | 10/12/2021 | INLINE QA MI REVIEW |
| | | 6984 | 10/17/2021 | SEND MISSING ITEMS LETTER |
| | | 6984 | 11/16/2021 | ADDITIONAL ITEMS REQ |
| | | 6984 | 10/07/2021 | NO NEW FLOOD CERT NEEDED. |
| | | 6984 | 11/19/2021 | ADDITIONAL ITEMS RCVD |
| | | 6984 | 11/24/2021 | ADDITIONAL ITEMS RVWD |
| | | 6984 | 10/07/2021 | FILE ON HOLD BRWR TO ADDR |
| | | 6984 | 11/06/2021 | PRETRIAL DELAY RESOLVED |

| | | | |
|---|---|---|---|
| | 6984 | 11/26/2021 | INLINE QA COMP PKG REV |
| | 6984 | 11/27/2021 | FACIALLY COMP PCKG RECVD |
| | 6984 | 10/08/2021 | PULLED CREDIT REPORT |
| | 6984 | 11/28/2021 | ASSIGNED TO UNDERWRITER |
| | 6984 | 10/18/2021 | ESCROW ANALYSIS REQUEST |
| | 6984 | 10/18/2021 | REQUEST ATTY FEES/COSTS |
| | 6984 | 10/24/2021 | COMPLETE INCOME CALCULATR |
| | 6984 | 10/07/2021 | INV APPROVAL REQUESTED |
| | 6984 | 10/07/2021 | REC INVESTOR APPROVAL |
| | 6984 | 10/08/2021 | WATERFALL REVIEW |
| | 6984 | 10/09/2021 | WORKOUT TYPE DETERMINED |
| | 6984 | 11/26/2021 | INLINE QA DISENG REV |
| | 6984 | 11/27/2021 | INELIGIBLE LM-MISSING ITM |
| | 6984 | 11/27/2021 | LM INELIG/FAIL/DECLINE |
| | 6984 | 11/28/2021 | PREPARE DNL LETTER |
| | 6984 | 11/30/2021 | INLINE QA DISENG LTR REV |
| | 6984 | 12/01/2021 | SENT DNL LETTER |
| | 6984 | 10/07/2021 | RESET DATE |
| | 6984 | 10/11/2021 | INLINE QA MI REVIEW |
| | 6984 | 10/16/2021 | SEND MISSING ITEMS LETTER |
| | 6984 | 11/04/2021 | ADDITIONAL ITEMS REQ |
| | 6984 | 11/07/2021 | ADDITIONAL ITEMS RCVD |
| | 6984 | 11/12/2021 | ADDITIONAL ITEMS RVWD |
| | 6984 | 10/05/2021 | FILE ON HOLD BRWR TO ADDR |
| | 6984 | 11/04/2021 | PRETRIAL DELAY RESOLVED |
| | 6984 | 10/06/2021 | PULLED CREDIT REPORT |
| | 6984 | 10/06/2021 | ESCROW ANALYSIS REQUEST |
| | 6984 | 10/06/2021 | REQUEST ATTY FEES/COSTS |
| | 6984 | 10/12/2021 | COMPLETE INCOME CALCULATR |
| | 6984 | 10/13/2021 | INITL UNDERWRITING CMPLD |
| | 6984 | 10/13/2021 | INV APPROVAL REQUESTED |
| | 6984 | 10/13/2021 | REC INVESTOR APPROVAL |
| | 6984 | 10/14/2021 | WATERFALL REVIEW |
| | 6984 | 10/15/2021 | WORKOUT TYPE DETERMINED |
| | 6984 | 11/14/2021 | INLINE QA DISENG REV |
| | 6984 | 11/15/2021 | INELIGIBLE LM-MISSING ITM |
| | 6984 | 11/15/2021 | LM INELIG/FAIL/DECLINE |
| | 6984 | 11/16/2021 | PREPARE DNL LETTER |
| | 6984 | 11/18/2021 | INLINE QA DISENG LTR REV |
| | 6984 | 11/19/2021 | SENT DNL LETTER |
| | 6984 | 10/05/2021 | RESET DATE |
| | 6984 | 10/06/2021 | ASSIGN TO UNDERWRITER |
| | 6984 | 10/07/2021 | CONFIRM COVID-19 AFFECTED |
| | 6984 | 10/12/2021 | FORBEARANCE PLAN APPROVED |

# Exhibit I

| | | | |
|---|---|---|---|
| | 6984 | 10/14/2021 | DECISION RENDERED |
| | 6984 | 10/16/2021 | PREPARED FB AGREEMENT |
| | 6984 | 10/17/2021 | F/B ESTIMATED CURE DATE |
| | 6984 | 10/17/2021 | SENT FB AGRMNT 2 BORROWER |
| | 6984 | 10/17/2021 | FORB EXTENSION REQUESTED |
| | 6984 | 10/17/2021 | FORB EXTENSION APPROVED |
| | 6984 | 02/14/2022 | COVID-19 FB EXTENSION |
| | 6984 | 10/15/2021 | LM INELIG/FAIL/DECLINE |
| | 6984 | 10/16/2021 | PREPARE DNL LETTER |
| | 6984 | 10/18/2021 | INLNE QA DNL LTR REVIEW |
| | 6984 | 10/18/2021 | SENT DNL LETTER |
| | 6984 | 01/15/2022 | COMPLETED FORBEARANCE PLN |