Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Keith J. Frank**
**Partner**
**516-464-3570**
**kfrank@tarterkrinsky.com**

October 19, 2026

**Via ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007

**Re: *Stanwich Mortgage Acquisition Company VIII, LLC v. Equity Prime Mortgage, LLC, No. 24-cv-771 (DEH)***

Dear Judge Ho:

We represent Defendant/Third-Party Plaintiff Equity Prime Mortgage, LLC ("Defendant") in the above-referenced matter.

We write to identify an error in the Proposed Final Judgment (ECF No. 94) filed by plaintiff Stanwich Mortgage Acquisition Company VIII, LLC.

The Proposed Final Judgment indicates that "Judgment against EPM shall accrue post-judgment interest at the New York statutory rate of 9% per annum[.]" In federal diversity cases, post-judgment interest is governed by 28 U.S.C. § 1961, which provides for a federal post-judgment interest rate. See FCS Advisors, Inc. v. Fair Finance Co., 605 F.3d 144, 147 (2d Cir. 2010) ("the federal post-judgment interest rate provided for in 28 U.S.C. § 1961 applies in diversity cases"); Cappiello v. ICD Publications, Inc., 720 F.3d 109, 112 (2d Cir. 2013) ("federal district courts must apply the federal rate of post-judgment interest to judgments rendered in diversity actions").

Accordingly, Defendant respectfully requests that the Court apply the federal post-judgment interest rate. Defendant reserves all rights.

Respectfully submitted,

***/s Keith J. Frank***

Keith J. Frank

cc: All Counsel of Record via ECF