UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANWICH MORTGAGE ACQUISITION COMPANY VIII, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>EQUITY PRIME MORTGAGE, LLC,<br><br>*Defendant.* | No.: 1:24-cv-771 (DEH)<br><br>**NOTICE OF APPEAL** |
| EQUITY PRIME MORTGAGE, LLC,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>THE MONEY SOURCE, INC. and SERVBANK, SB,<br><br>*Third-Party Defendants.* | |

**PLEASE TAKE NOTICE** that Defendant/Third-Party Plaintiff Equity Prime Mortgage, LLC ("Defendant") hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the Opinion and Order of the Honorable Dale E. Ho dated September 25, 2026 (ECF No. 93), which granted Plaintiff's and Third-Party Defendants' motions for summary judgment against Defendant (ECF Nos. 69, 76 & 78), and the final judgment to be entered thereon.

Dated: Garden City, New York
October 20, 2026

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant and Third-Party Plaintiff Equity Prime Mortgage, LLC*

By: /s Keith J. Frank
Keith J. Frank
910 Franklin Avenue
Garden City, New York 11530
Phone: (516) 464-3570
Email: kfrank@tarterkrinsky.com

cc: All Attorneys via ECF