UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANWICH MORTGAGE ACQUISITION COMPANY VIII, LLC,<br>Plaintiff,<br>v.<br>EQUITY PRIME MORTGAGE, LLC,<br>Defendant,<br>v.<br>THE MONEY SOURCE, INC., et al.,<br>Third-Party Defendants. | 24-CV-0771 (DEH)<br>ORDER |

DALE E. HO, United States District Judge:

Plaintiff ("SMAC") has moved to redact Exhibits B-CC, FF-II, and MM to the Declaration of Jill L. Forster (ECF No. 67) and Exhibits A-C to the Declaration of Terrence Morley (ECF No. 68). These redactions are limited to personally-identifying information ("PII"), the confidential purchase price of the Mortgage Loans at issue in this case and the purchase price percentage used in those calculations, and other confidential information regarding the Mortgage Loans. ECF No. 97 (seeking sealing of ECF No. 96) (redacted version publicly filed at ECF No. 97).

As explained in the Court's previous Order, the documents in question are submitted in connection with a dispositive motion, and as such, are judicial documents to which a high presumption of public access attaches; but the interests asserted by the parties are legitimate bases for sealing or redaction. *See* Opinion and Order at 14, ECF No. 93. However, in contrast to the overbroad "wholesale sealing" previously rejected by this Court in its ruling on the Motion for Summary Judgment (ECF No. 93) the redactions proposed at present are sufficiently limited to the protection of sensitive business information to overcome the presumption of public access. *Toretto*

*v. Donnelley Fin. Sols., Inc.*, 583 F. Supp. 3d 570, 608 (S.D.N.Y. 2022). Accordingly, SMAC's Renewed Letter Motion to Seal is **GRANTED.**

The Clerk of Court is respectfully directed to close ECF No. 96.

SO ORDERED.

Dated: October 20, 2026
New York, New York

DALE E. HO
United States District Judge