**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STANWICH MORTGAGE ACQUISITION COMPANY VIII, LLC,<br>Plaintiff,<br>-against-<br>EQUITY PRIME MORTGAGE, LLC,<br>Defendant. | Case No. 1:24-cv-0771 (DEH)<br>**FINAL JUDGMENT** |

DALE E. HO, United States District Judge:

The Court, by Opinion and Order, dated September 25, 2026, having **GRANTED** Plaintiff Stanwich Mortgage Acquisition Company VIII, LLC's ("SMAC") motion for summary judgment against Defendant and Third-Party Plaintiff Equity Prime Mortgage, LLC ("EPM"), and having **GRANTED** Third-Party Defendants The Money Source, Inc.'s ("TMS") and Servbank, Sb's ("Servbank," and together with TMS, the "Third-Party Defendants") motion for summary judgment against Third-Party Plaintiff EPM; it is hereby

**ORDERED, ADJUDGED AND DECREED:** That SMAC have judgment against EPM (i) with respect to the Claimed Loans in the liquidated amount of $429,280.09, with prejudgment interest at the New York statutory rate of 9% per annum from the date of breach of April 1, 2022 through October 5, 2026, amounting to $174,440.61, for a total of $603,720.70; and (ii) with respect to the Reduced Loans in the liquidated amount of $542,930.38, with prejudgment interest at the New York statutory rate of 9% per annum from the date of breach of March 22, 2022 through October 5, 2026 amounting to $221,961.84, for a total of $764,892.22; for a total judgment on the Claimed Loans and Reduced Loans amounting to **$1,368,612.92** (the "Judgment"); and it is further

**ORDERED, ADJUDGED AND DECREED**: That this $1,368,612.92 Judgment against EPM shall accrue post-judgment interest at the federal post-judgment interest rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, pursuant to 28 U.S.C. § 1961(a); and it is further

**ORDERED, ADJUDGED AND DECREED:** That the Third-Party Complaint against the Third-Party Defendants is **DISMISSED** and judgment is entered in favor of the Third-Party Defendants on all claims asserted in the Third-Party Complaint.

SO ORDERED.

Dated: October 20, 2026

Hon. Dale E. Ho
United States District Judge

Clerk of Court